UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

███████████████████████

CLAIMANT,

Case: 1:22-cv-03345
Assigned To : Unassigned
Assign. Date : 11/1/2022
Description: Pro Se Gen Civ. (F-DECK)

Contract No: SAADH-A1107-03252020-EN

UNITED STATES OF AMERICA,

MERRICK B. GRALAND at.

UNITED STATES DEPARTMENT OF JUSTICE, al

RESPONDENT(S)

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

MOTION TO CONFIRM ARBITRATION AWARD

   NOW COMES, ███████████████████████, move the Court based upon the award of the arbitration, reflection in the attached documents, Claimant ██████ request that the Court Confirm the arbitration award as a judgment and enter judgement against the RESPONDENT(S) in the award for the amount that the arbitrator considered. WHEREAS the Claimant ██████ request the court to GRANT a summary disposition, and all the terms of the obligation as well as the relevant law and facts in support as presented during the arbitration of the controversy.

   Upon satisfaction of the judgment as to the Court, the Clerk is directed to administratively close this matter under SEAL and electronically transfer the Docket and all records of these proceeding to the United States Court of Federal Claims for final resolution of the damages phase of the underlying bifurcation proceedings. 1)

---

1) Due to the time frame of the Arbitration award, the Claimant Hawkins ask the court to look under Title 9 U.S. Code 202. For the purpose of this section a Corporation is a Citizen for the UNITED STATES if it is incorporation or has its principal place of Business in the UNITED STATES. See (Pub L. 91-368, 1 July 31 1970, 84 Stat. 692)..

**RECEIVED**

NOV 0 1 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CONCLUSION

The confirmation process can be as simple and straightforward as this article presents. The award was obtained pursuant to the agreement of the parties, and the rule of the arbitration organization, with the law.

   WHEREFORE the Claimant ▮▮▮▮ request the court to GRANT motion to Confirm the Arbitration Award pursuant to title 9 of the United States Code at section 9 and 13.

Respectfully Submitted,

_(signature)_                                     Date 11/1/2022

Claimant: ▮▮▮▮▮▮▮▮▮▮