**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-3345 (UNA) |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Court's November 8, 2022, Order (ECF No. 3) denied without prejudice plaintiff's Motion to File Under Seal and Proceed Anonymously, directed plaintiff to refile his motion by November 15, 2022, and if plaintiff failed to file his motion timely, directed the Clerk of Court to strike plaintiff's Motion to Confirm the Arbitration Award on the docket and not refile the Motion unless plaintiff wishes to proceed with filing the Motion on the public docket. By Minute Order on November 18, 2022, the Court denied plaintiff's motion for reconsideration (ECF No. 4). The Clerk of Court has stricken the Motion to Confirm the Arbitration Award, and because plaintiff has not notified the Court of his intention to proceed on the public docket, it is hereby

ORDERED the complaint and this civil action are DISMISSED WITHOUT PREJUDICE.

The Clerk of Court shall TERMINATE this case.

SO ORDERED.

DATE: February 24, 2023

/s/
RUDOLPH CONTRERAS
United States District Judge